DENNIS CUNNINGHAM (SB# 112910)
W. GORDON KAUPP (SB# 226141)
115-A Bartlett Street
San Francisco, California 94110
(415) 285-8091 / fax: 285-8092

RICHARD L. COSHNEAR (SB#222958)
719 Orchard Street
Santa Rosa, California 95404
(707) 523-1740 / fax: 573-1094

Attorneys for Plaintiff Jose Angel Martinez Romero

E-filing

FILED
OCT 0 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JOSE ANGEL MARTINEZ ROMERO,

   Plaintiff,

   v.

California Highway Patrol Officer DAN FREDERICK (#15911); the CALIFORNIA HIGHWAY PATROL; and JOHN/JANE DOEs 1-X,.

   Defendants.

E-FILING CASE

Case No. 05-3014 MJJ

NOTICE OF DISMISSAL OF DEFENDANTS CALIFORNIA HIGHWAY PATROL (C.H.P.) AND DOE SUPERVISORS

(F.R.Civ.P. Rule 41)

TO THE HONORABLE COURT AND DEFENDANTS:

Please take NOTICE that Plaintiff, through his undersigned counsel, hereby dismisses, without prejudice, all claims for liability, damages, costs, and fees against defendants California Highway Patrol (C.H.P.) and the C.H.P. Doe Supervisors as contained in ¶¶ 7 and 19 of the Complaint, pursuant to F.R.Civ.P. Rule 41.

DATED: September 28, 2005:

IT IS SO ORDERED

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
10/3/2005
DATE

Respectfully Submitted,

s/ - Gordon Kaupp
GORDON KAUPP
Attorney for Plaintiff

LAW OFFICE OF
DENNIS CUNNINGHAM
SAN FRANCISCO, CA

NOTICE OF DISMISSAL
Martinez v. Frederick, et al. - Page 1 of 1