1

2                  IN THE UNITED STATES DISTRICT COURT

3              FOR THE NORTHERN DISTRICT OF CALIFORNIA

4 JOSE ANGEL M. ROMERO,

5         Plaintiff(s),             No. C-05-3014 MJJ (MEJ)

6   vs.                        NOTICE AND ORDER OF SETTLEMENT
                                     CONFERENCE

7 DAN FREDERICK,

8          Defendant(s).

                                   /

9

10

11 TO ALL PARTIES and their Attorneys of Record:

12        PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before

13 Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **September 6,**

14 **2006 at 10:00** a.m. **in Judge James' chambers**, located at the Federal Building, 450 Golden Gate

15 Avenue, 15th Floor, San Francisco, California 94102.  The parties shall immediately notify the Court if this

16 matter settles or is dismissed before the settlement conference date. On the date of the settlement

17 conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the

18 Court of their arrival.  The parties shall notify the Court if the matter has settled or been dismissed before

19 the date of the conference.

20        Settlement Conference statements shall be submitted in accordance with Magistrate Judge James'

21 STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES, a copy of which may be

22 obtained from the Northern District of California's website at

23 http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin, then

24 choose Magistrate Judge James.

25        When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

26 administrative requests or a request to be excused from attendance), the parties shall, in addition to filing

27 papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day

28 following the day the papers are filed electronically.  These printed copies shall be marked "Chambers

**United States District Court**
For the Northern District of California

Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James'

name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document

with the Clerk's Office that has already been filed electronically.  **Any proposed orders must also be**

**emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

questions.

IT IS SO ORDERED.

Dated:  November 7, 2005

_____

MARIA ELENA JAMES
United States Magistrate Judge

**United States District Court**

For the Northern District of California

2