1  BILL LOCKYER
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  S. MICHELE INAN (SBN 119205)
   HARRY T. (CHIP) GOWER, III  (SBN 170784)
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102
    Telephone:  (415) 703-5474
6   Fax:  (415) 703-5480

7  Attorneys for Defendant CHP Officer Frederick

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ANGEL MARTINEZ ROMERO,** | C 05 3014 MJJ |
| Plaintiff, | [PROPOSED] ORDER ALLOWING DEFENDANT'S ATTORNEYS TO TRANSPORT EQUIPMENT INTO COURTROOM FOR TRIAL |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, et al.,** | Trial Date: March 5, 2007 |
| Defendants. | Ctrm:   11 |
| | Judge:  Hon. Martin Jenkins |

Judge Martin J. Jenkins grants permission for the defendant's attorneys Michele Inan and Harry T. Gower, III to bring an overhead projector, a projection screen, extension cords, an easel, and several large posters into courtroom for trial.

IT IS SO ORDERED.

Dated: _____ 03/02/07 _____          By:_____
                                                DISTRICT COURT JUDGE

*[Signature: Judge Martin J. Jenkins]*
*[Seal: United States District Court, Northern District of California]*

40131003.wpd