1  DENNIS CUNNINGHAM, (SB# 112910)
   W. GORDON KAUPP, (SB# 226141)
2  115-A Bartlett Street
   San Francisco, California 94110
3  Telephone: (415) 285-8091
4  Facsimile: (415) 285-8092
   Email: gordonk@hotmail.com
5
   RICHARD L. COSHNEAR, (SB#222958)
6  719 Orchard Street
   Santa Rosa, California 95404
7  Telephone: (707) 523-1740
8  Facsimile: (707) 573-1094
   Email: rlcoshnear@igc.org
9
10 Attorneys for Plaintiff Jose Angel Martinez Romero

11          IN THE UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION
14

15 | JOSE ANGEL MARTINEZ ROMERO,            | Case No. C-05-3014 MJJ
16 |                                         | **E-FILING CASE**
17 |           Plaintiff,                    |
                                              | [PROPOSED] ORDER PERMITTING
18 |      v.                                 | **PLAINTIFF TO BRING CERTAIN
                                              | EQUIPMENT INTO COURT FOR
19 | C.H.P. Off. DANIEL FREDERICK (#15911) and | TRIAL**
20 | JOHN/JANE DOEs 1-X,.                    |
                                              | Trial Date: March 5, 2007
21 |           Defendants.                   |
                                              | Hon. Martin J. Jenkins
22

23
24        This matter comes before the Court on Plaintiff's oral motion for leave to deliver and
25 install in Courtroom 11, on the 19th Floor of the Federal Building at 450 Golden Gate Avenue, in
26 San Francisco, a tape recorder and a light box (plus necessary accoutrements, e.g. a power strip,
27
28

1  extension cords, RCA cables, and duct tape) for the duration of the trial in this case.  Upon

2  consideration of their request, and finding good cause thereof, it is hereby

3  **ORDERED** that Plaintiff is permitted, by and through their attorneys and assistants, to

4  bring and install the above-listed equipment in Courtroom 11, for the duration of the trial.

SO ORDERED,

DATED:  May 6, 2007

_____
HONORABLE MARTIN J. JENKINS
United States District Court Judge